**10-791**

| PROB 22<br>(Rev. 2/88)<br><br>**TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)*<br><br>5:06CR00035-001 |
|---|---|
| | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE:<br><br>Ray Washington | DISTRICT<br><br>Eastern District of Texas | DIVISION<br><br>Texarkana |
|---|---|---|

| | NAME OF SENTENCING JUDGE<br><br>David Folsom | | |
|---|---|---|---|
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM<br>March 3, 2010 | TO<br>March 2, 2011 |

OFFENSE
Conspiracy to Transport Stolen Vehicles and Goods in Interstate Commerce

**PART 1 - ORDER TRANSFERRING JURISDICTION**

United States District Court for the Eastern District of Texas

     IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Southern District of Texas--Houston division upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

| Oct. 25, 2010 | |
|---|---|
| *Date* | *United States District Judge* |

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

United States District Court for the <u>Southern District of Texas--Houston division</u>

     IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

| 11. 10. 10 | |
|---|---|
| *Effective Date* | *United States District Judge* |